IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA WILLIAMS,

            Plaintiff,

v.

STATE OF WISCONSIN, DEPARTMENT OF
WORKFORCE DEVELOPMENT, DIVISION OF
VOCATIONAL REHABILITATION, and NICHOLAS
LAMPONE, DVR Director, DELORI NEWTON, and
ENID GLENN,

            Defendants.

ORDER

16-cv-475-bbc

---

PATRICIA ANN WILLIAMS,

            Plaintiff,

v.

WISCONSIN DEPARTMENT OF WORKFORCE
DEVELOPMENT, RAYMOND ALLEN, DELORA
NEWTON, ENID GLENN, NICHOLAS LAMPONE,
and BRIAN HAYES, DHA Administrator,

            Defendants.

ORDER

16-cv-830-bbc[1]

---

Pro se plaintiff Patricia Williams has filed a motion to consolidate these two cases. Both cases involve a claim against the Wisconsin Department of Workforce Development regarding Williams's "individual plan for employment," so there may be some sense in joining her claims, but her motion is premature. I cannot grant the motion until the defendants have an opportunity to respond to it, but the defendants in case no. 14-cv-830-

---

[1] Because Judge Crabb is on medical leave, I am issuing this order to prevent an undue delay in the progress of the case.

bbc have not yet been served or filed an answer. After service is complete and the defendants have filed a response to the complaint, Williams may renew her motion to consolidate.

ORDER

IT IS ORDERED that plaintiff Patricia Williams's motion to consolidate, Dkt. 17 (in case no. 16-cv-475-bbc), and Dkt. 7 (in case no. 16-cv-830-bbc), is DENIED WITHOUT PREJUDICE to Williams's refiling it after the defendants in case no. 16-cv-830-bbc have filed an answer to the complaint.

Entered February 2, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge