IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA WILLIAMS,

                                                    JUDGMENT IN A CIVIL CASE

        Plaintiff,

                                                            16-cv-475-bbc

v.

WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT, DIVISION
OF VOCATIONAL REHABILITATION,
NICHOLAS LAMPONE, DELORI NEWTON
and ENID GLENN,

        Defendant.

        This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants  Wisconsin Department of Workforce Development, Nicholas Lampone,

Delori Newton and Enid Glenn granting their motion for summary judgment and

dismissing this case.

|  |  |
|---|---|
| /s/ | 5/5/2017 |
| Peter Oppeneer, Clerk of Court | Date |