# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA WILLIAMS,

    Plaintiff,

-vs.-

STATE OF WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, DIVISION OF VOCATIONAL REHABILITATION, NICHOLAS LAMPONE, DELORI NEWTON, ENID GLENN, SHERI POLLOCK & OSCAR AVILES,

    Defendants,

ORDER

16-CV-475-bbc

-----

## NOTICE OF APPEAL & MOTION FOR AN EXTENSION OF TIME

-----

Plaintiff, Patricia Williams request of this court a chance to cure a failure to serve an employee, who works as the State of Wisconsin Department of Workforce Development Chief Legal Counsel Attorney Karl Dahlen in this lawsuit.

(4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

(A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States Attorney or the Attorney General of the United States; or

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

(j) Serving a Foreign, State, or Local Government.

(1) *Foreign State.* A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. §1608.

(2) *State or Local Government.* A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:

(A) delivering a copy of the summons and of the complaint to its chief executive officer; or

(B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

    Plaintiff, Patricia Williams also, request a filing fee waiver in order to process this Appeal in this case.

Sincerely,

*Patricia Williams*

Patricia Williams

8/9/2017

Copy Mailed to Assistant Attorney General Katherine Spitz by USPS